**FILED**

April 16, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:          RR
Deputy

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

## Case No: SA:25-CR-00212-XR

**UNITED STATES OF AMERICA**

    **Plaintiff,**

    **v.**

**ARNOLD ANTHONY NERIO**

    **Defendant.**

**INDICTMENT**

**COUNT 1: Influencing Federal Official by Threat, 18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4)**

**THE GRAND JURY CHARGES:**

### COUNT ONE
[18 U.S.C. §115(a)(1)(B) and 115(b)(4)]

On or about March 22, 2022, in the Western District of Texas, the Defendant,

**ARNOLD ANTHONY NERIO,**

did threaten to assault W.G., an employee of the United States Clerk's Office, with intent to impede, intimidate, and interfere with W.G while he was engaged in the performance of his official duties, and to retaliate against W.G. on account of the performance of his official duties.

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

BY: _____
    FOR MICHELLE FERNALD
    Assistant United States Attorney